IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:03cr20-13

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MARTY DOUGLAS MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed September 21, 2006,[1] remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for resentencing on **Monday, December 18, 2006, at 9:30 AM in the Statesville Division**;

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before November 21, 2006**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office, and Courtroom Deputy.

Signed: October 20, 2006

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued October 13, 2006.